Patrick D. McBurney, Jr.
Attorney at Law
6855 W. Clearwater Ave., Suite A103
Kennewick, WA 99336
Tel: (509) 374-8996
Fax:(509) 374-1296

Hon. Whitman L. Holt
Ch 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

In re:                                    )
                                          )
SOLEADOS ESTATES, LLC,                    )      **NO.** 23-00196-WLH7
                                          )
                                          )      DECLARATION OF JOHN A. SULLINS
                                          )      RE: MOTION FOR CONTEMPT AND DAMAGES
                Debtor(s).                )      FOR VIOLATIONS OF AUTOMATIC STAY
                                          )

I John A. Sullins, declare as follows:

1.      I am the managing member for the LLC debtor above named. I am over the age of 18 and competent to make this declaration.

2.      I am the managing member of the following entities, which are presently in bankruptcy:

        Sullinair Jet Center, LLC, Cause No. 22-00933-WLH7;
        Pasco FBO Partners, LLC, Cause No. 22-00934-WLH7; and
        Soleados Estates, LLC, Cause No. 23-00196-WLH7.

3.      Spartan Business Solutions, LLC is a creditor of Sullinair Jet Center, LLC, and Pasco FBO Partners, LLC, Cause No. 22-00934-WLH7, Spartan Busines Solutions, LLC was listed as a creditor in those bankruptcies. Both of those cases were filed on October 12, 2022.

4.      I borrowed merchant capital from Spartan Business Solutions, LLC. I assert that Soleados Estates was never a debtor of Spartan Busines Solutions, LLC. I do not recall ever encumbering myself personally or Soleados Estates to Spartan Busines Solutions, LLC.

5.      On November 17, 2022, Spartan Business Solutions, LLC obtained a default Judgment against Sullinair Jet Center, LLC, Soleados Estates, LLC, Pasco FBO Partners, LLC; Asi Es La Vida, LCC; Capital Strategies and Developing, LLC, Rentalfleet, LLC and myself

DECLARATION OF JOHN A. SULLINS
IN SUPPORT OF MOTION AND DAMAGES - 1

**Patrick D. McBurney**
ATTORNEY AT LAW

*6855, W. Clearwater Ave., Suite A103, Kennewick, WA 99336*
*TEL:(509) 374-8996 Fax:(509) 374-9966*

personally, in the Supreme Court of New York in Monroe County under Cause No. E2022008026. I have never seen a summons or complaint, and I was never served either personally or by mail. The first time I became aware of this action was when I received a copy of the notice of the recording of the foreign Judgment in King County, WA.

6.      On February 27, 2023, I filed for bankruptcy protection for Soleados Estates, LLC, because Kohne Investments, LLC had had sued Sullinair Jet Center, LLC, Pasco FBO Partners, LLC, and Soleados Estates, LLC in Benton County Superior Court in Cause No. 20-2-00813-03. Karl Kohne as Trustee of the Kohne QRP also sued Sullinair Jet Center, LLC, Pasco FBO Partners, LLC, and Soleados Estates, LLC in Cause No. 20-2-00814-03.

7.      In one of those cases, Mr. Kohne had obtained a judgment which led to a Sheriff's sale of the tuel tanks at the Pasco Airport, which had caused me to file for bankruptcy in October for Sullinair Jet Center, LLC and Pasco FBO Partners, LLC. However, at that time I did not file bankruptcy for Soleados Estates because they were not part of the FBO business. Soleados Estates was a real estate development company, and it ceased doing business in 2021. Beause I had not filed for bankruptcy, Mr. Kohne had ordered me to appear and show cause for a supplemental proceeding. I filed bankruptcy for Soleados Estates, LLC to resolve that case. I did not believe Spartan Business Solutions, LLC to be a creditor to Soleados Estates, LLC.

6.      I received notice of the recording of the foreign judgment in the mail. I brought that document to my attorney (The Notice and Declaration For Filing Foreign Judgment is attached and herein incorporated by reference as - Exhibit A), who then called Matthew D. Green, Spartan Business Solutions, LLC's counsel. Mr. McBurney expressed his concern that filing the New York Judgment in King County Superior Court could constitute a stay violation. Mr. Green advised my attorney that his position was that Mr. Sullins had not personally filed bankruptcy and therefore his client could pursue collection actions against him. Mr. McBurney raised the issue of service. Mr. Green advised that service by first class mail was permissible in New York State. Notwithstanding, that I never received any mail regarding that case until the Foreign Judgment was recorded in King County.

7.      Subsequent to Mr. McBurney's conversation with Mr. Green. I received in the mail the following:

DECLARATION OF JOHN A. SULLINS
IN SUPPORT OF MOTION AND DAMAGES - 1

**Patrick D. McBurney**

A T T O R N E Y   A T   L A W

*6855, W. Clearwater Ave., Suite A103, Kennewick, WA 99336*
*TEL:(509) 374-8996 Fax:(509) 374-9966*

1  Application for a Writ of Garnishment naming Numerica CU as Garnishee
2  defendant (attached and herein incorporated by reference as Exhibit B);

3  A Writ of Garnishment (attached and herein incorporated by reference as Exhibit
4  C); and

5  A subpoena to Numerica for bank records for Soleados Estates and other entities
6  (attached and herein incorporated by reference as Exhibit D).

7

8  8.  Numerica CU is where my business bank account was for Sullinair Jet Center, LLC. This
9      was the account that Spartan Business Solutions had been taking automatic withdrawals
       from and that account was at Numerica CU.

10

11  9.  Nothing on the documents submitted to Numerica CU indicates that that Spartan
12      Business Systems, LLC is not collecting a debt as to Sullinair Jet Center, LLC, Pasco
        FBO Partners, LLC, Soleados Estates, LLC. These actions are clear violations of the
13      automatic stay. Spartan Business Systems, LLC , should have reasonably known it was
14      engaging in willful violations of the automatic stay. It should be sanctioned accordingly.
        A Statement of Damages and Attorney's Fees is attached and herein incorporated by
15      reference as Exhibit E.

16

17  I DECLARE UNDER THE LAWS OF THE STATE OF WASHINGTON UNDER PENALTY
    OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

18      Signed:this April 13, 2023, at Kennewick, WA.

19

20                              John A. Sullins - Declarant

21

22

23

24

25

26

27

28

DECLARATION OF JOHN A. SULLINS
IN SUPPORT OF MOTION AND DAMAGES - 1

**Patrick D. McBurney**

ATTORNEY AT LAW

*6855, W. Clearwater Ave., Suite A103, Kennewick, WA 99336*
*TEL:(509) 374-8996 Fax:(509) 374-9966*

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| SPARTAN BUSINESS SOLUTIONS, LLC d/b/a SPARTAN CAPITAL,<br><br>      Plaintiff,<br><br>      v.<br><br>SULLINAIR JET CENTER, LLC d/b/a SULLINAIR JET CENTER; SOLEADOS ESTATES, LLC; PASCO FBO PARTNERS, LLC; ASI ES LA VIDA, LLC; CAPITAL STRATEGIES & DEVELOPING, LLC; RENTAFLEET, LLC; and JOHN A. SULLINS,<br><br>      Defendants. | NO. 23-2-04552-1 SEA<br><br>NOTICE AND DECLARATION FOR FILING FOREIGN JUDGMENT<br><br>(Clerk's Action Required) |

TO:    DEFENDANTS

      1.    I am an attorney for the Judgment Creditor herein, have personal knowledge of the matters herein, and/or have reviewed plaintiff's business records maintained in the ordinary course and am competent to testify. This declaration is made pursuant to RCW 6.36.035.

Judgment Debtors Names and Addresses:

      John A. Sullins; Soleadas Estates, LLC; ASI ES La Vida, LLC; Capital Strategies & Developing, LLC; and Rentafleet, LLC
      93006 East Chelsea Road
      Kennewick, WA 99338

NOTICE AND DECLARATION FOR FILING FOREIGN
JUDGMENT - 1

2178-101

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

**EXHIBIT "A"**

SCANNED

Judgment Creditor's Name and Address:
Spartan Business Solutions, LLC d/b/a Spartan Capital
c/o Jason A. Gang, Esq.
1245 Hewlett Plaza. #478
Hewlett, NY 11557

2.     All communications and/or correspondence with Judgment Creditor should be sent to:

Green & Norwood PLLC
Attention: Matthew D. Green and
Elizabeth Hebener Norwood
2284 W. Commodore Way, Suite 300
Seattle, WA 98199
Email: matt@gnlawseattle.com
        elizabeth@gnlawseattle.com

3.     This declaration is made in reference to the filing of a foreign judgment against Defendants above-named with the above-entitled Court. The judgment was initially entered on November 17, 2022, under Cause No. E2022008026 in and from the Supreme Court of the State of New York, County of Monroe, in the amount of $40,172.65, plus post-judgment interest at the rate of 9% per annum pursuant to New York law – NY CPLR 5004. An exemplified copy of the judgment is attached hereto.

4.     The judgment expires on November 16, 2032 (10-years from date of entry, unless timely renewed/extended) in accordance with New York law.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington, this 13th day of March, 2023.

_____
Matthew D. Green

NOTICE AND DECLARATION FOR FILING FOREIGN
JUDGMENT - 2

Green & Norwood PLLC
2284 W. Commodore Way. Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101



# The People of the State of New York

*BY THE GRACE OF GOD FREE AND INDEPENDENT*

all to whom these presents shall come or may concern, Greetings:

. That we, having examined the Records and files in the office of the

Clerk of the County of Monroe, of the County
Court of said County, and of the Supreme
Court of Said State in and for said County, do
find there remaining on file or entered a certain

_____ Judgment _____

_____

_____ in an action wherein

SPARTAN BUSINESS SOLUTIONS, LLC D/B/A SPARTAN CAPITAL, plaintiffs, and
SULLINAIR JET CENTER LLC D/B/A SULLINAIR JET CENTER, SOLEADOS
ESTATES, LLC, PASCO FBO PARTNERS LLC, ASI ES LA VIDA, LLC, CAPITAL
STRATEGIES AND DEVELOPING LLC, RENTAFLEET LLC, and JOHN A SULLINS,
defendants, and the words and figures following, to wit:





**Office of the County Clerk**
MONROE COUNTY, NEW YORK

MONROE COUNTY CLERK'S OFFICE

THIS IS NOT A BILL. THIS IS YOUR RECEIPT.

Receipt # 3257777

Book    Page

No. Pages: 3

Instrument: JUDGMENT

Control #:       202211170921
Index #:         E2022008026

Date: 11/17/2022

Spartan Business Solutions LLC

Time: 2:28:55 PM

Sullinair Jet Center LLC
Sullinair Jet Center
Soleados Estates LLC
Pasco Fbo Partners LLC
Asi Es La Vida LLC

Judgment Filing Fee                    $45.00

Total Fees Paid:                       $45.00

Employee: CW

State of New York

MONROE COUNTY CLERK'S OFFICE
WARNING – THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

JAMIE ROMEO

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE

Index No. E2022008026

SPARTAN BUSINESS SOLUTIONS, LLC
D/B/A SPARTAN CAPITAL

                                    Plaintiff,

**JUDGMENT**

            -against-

SULLINAIR JET CENTER LLC
D/B/A SULLINAIR JET CENTER,
SOLEADOS ESTATES, LLC,
PASCO FBO PARTNERS LLC,
ASI ES LA VIDA, LLC,
CAPITAL STRATEGIES AND DEVELOPING LLC,
RENTAFLEET LLC, and JOHN A SULLINS

                                    Defendants.

The Plaintiff, SPARTAN BUSINESS SOLUTIONS, LLC D/B/A SPARTAN CAPITAL,

having commenced this action by its attorney, The Law Office of Jason Gang, PLLC, by filing a

summons and complaint with the court on 10/6/2022. Service was effectuated upon the

Defendants, SULLINAIR JET CENTER LLC D/B/A SULLINAIR JET CENTER, SOLEADOS

ESTATES, LLC, PASCO FBO PARTNERS LLC, ASI ES LA VIDA, LLC, CAPITAL

STRATEGIES AND DEVELOPING LLC, RENTAFLEET LLC, and JOHN A SULLINS on

10/6/2022. Plaintiff has proceeded in this action through their attorney, The Law Office of Jason

Gang, PLLC, by Jason A. Gang, Esq. The time of the Defendants SULLINAIR JET CENTER

LLC D/B/A SULLINAIR JET CENTER, SOLEADOS ESTATES, LLC, PASCO FBO

PARTNERS LLC, ASI ES LA VIDA, LLC, CAPITAL STRATEGIES AND DEVELOPING

LLC, RENTAFLEET LLC, and JOHN A SULLINS to appear and answer herein has expired and

that said Defendants have not appeared or answered herein.

NOW, on motion of The Law Office of Jason Gang, PLLC, located at 1245 Hewlett Plaza, #478, Hewlett, NY 11557, attorneys of record for the Plaintiff herein, it is ADJUDGED:

That Plaintiff, SPARTAN BUSINESS SOLUTIONS, LLC D/B/A SPARTAN CAPITAL, 371 East Main St, Ste. 2, Middletown, NY 10940 shall recover of the Defendants, SULLINAIR JET CENTER LLC D/B/A SULLINAIR JET CENTER, SOLEADOS ESTATES, LLC, PASCO FBO PARTNERS LLC, ASI ES LA VIDA, LLC, CAPITAL STRATEGIES AND DEVELOPING LLC, RENTAFLEET LLC., residing at 3702 North Stearman Avenue, Pasco, WA 99301, and JOHN A SULLINS, residing at 93006 E Chelsea Rd, Kennewick, WA 99338, the sum of $29,530.75, plus attorneys fees at the rate of 33.00% equaling $9,745.15, plus interest from 10/6/2022 at the rate of 9.00% equaling $406.75, plus costs and disbursements of $490.00, in all totaling $40,172.65 and that the Plaintiff have execution thereof.

Dated: Rochester, New York

_NOV. 17_ , 2022

_Jamie Romeo_

ENTERED: 11/17/22

total taxed

@ 490

@ special
deputy

1
2
3
4
5
6

7          SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| 8  SPARTAN BUSINESS SOLUTIONS, LLC d/b/a SPARTAN CAPITAL, | NO. 23-2-04552-1 SEA |
| 9 | FOREIGN JUDGMENT SUMMARY |
| 10          Plaintiff, | (Clerk's Action Required) |
| 11      v. | |
| 12  SULLINAIR JET CENTER, LLC d/b/a SULLINAIR JET CENTER; SOLEADOS ESTATES, LLC; PASCO FBO PARTNERS, LLC; ASI ES LA VIDA, LLC; CAPITAL STRATEGIES & DEVELOPING, LLC; RENTAFLEET, LLC; and JOHN A. SULLINS, | |
| 13 | |
| 14 | |
| 15          Defendants. | |

16

17                    I. JUDGMENT SUMMARY

18      Pursuant to RCW 4.64.030 and RCW 6.36.035 this foreign Judgment shall be

19  summarized as follows:

20      1.    Judgment Creditor:          SPARTAN BUSINESS SOLUTIONS, LLC
                                          d/b/a SPARTAN CAPITAL
21
        2.    Attorney for Judgment       Matthew D. Green/Elizabeth Hebener
22            Creditor:                   Norwood of Green & Norwood PLLC

23      3.    Judgment Debtors:           JOHN A. SULLINS; SOLEADOS
                                          ESTATES, LLC; ASI ES LA VIDA, LLC;
24                                        CAPITAL STRATEGIES &
                                          DEVELOPING, LLC; and RENTAFLEET,
25                                        LLC

**Green & Norwood PLLC**
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

4. Principal Judgment Amount: $29,530.75

5. Prejudgment Interest: $406.75

6. Legal Fees: $9,745.15

7. Costs: $490.00

8. Costs per RCW 6.36 et seq.: $240.00

9. Judgment Amount shall Accrue Interest at the Rate of 9% Per Annum from November 18, 2022.

10. The Foreign Judgment was Entered November 17, 2022, in Supreme Court State of New York, County of Monroe, and per New York Law will Expire November 16, 2032.

DATED this 13th day of March, 2023.

s/
Matthew D. Green, WSBA #18046
Elizabeth Hebener Norwood, WSBA #40930
*Attorneys for Plaintiff*
GREEN & NORWOOD PLLC
2284 W. Commodore Way, Suite 300
Seattle, WA 98199
Telephone: (206) 420-3486
Email: matt@gnlawseattle.com
elizabeth@gnlawseattle.com

FOREIGN JUDGMENT SUMMARY - 2

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

SPARTAN BUSINESS SOLUTIONS, LLC
d/b/a SPARTAN CAPITAL,

        Plaintiff,

      v.

SULLINAIR JET CENTER, LLC d/b/a
SULLINAIR JET CENTER; SOLEADOS
ESTATES, LLC; PASCO FBO PARTNERS,
LLC; ASI ES LA VIDA, LLC; CAPITAL
STRATEGIES & DEVELOPING, LLC;
RENTAFLEET, LLC; and JOHN A. SULLINS,

        Defendants.

NO. 23-2-04552-1 SEA

DECLARATION OF MAILING
NOTICE OF FILING OF FOREIGN
JUDGMENT

I, Matthew D. Green, declares and says:

1.    I am an attorney for plaintiff above-named and have personal knowledge of the matters herein.

2.    On March 14, 2023, the undersigned caused to be mailed to the defendants above-named, the attached Notice and Declaration of Filing of Foreign Judgment to the address set forth therein.

DECLARATION OF MAILING NOTICE OF FILING OF FOREIGN
JUDGMENT - 1

2178-101

**Green & Norwood PLLC**
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

1        I declare under penalty of perjury under the laws of the State of Washington that the

2    foregoing is true and correct.

3        Signed at Seattle, Washington, this 13th day of March, 2023.

                         Matthew D. Green

DECLARATION OF MAILING NOTICE OF FILING OF FOREIGN
JUDGMENT - 2

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

RECEIVED
KING COUNTY WASHINGTON

APR 0 3 2023

DEPARTMENT OF
JUDICIAL ADMINISTRATION

# SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| SPARTAN BUSINESS SOLUTIONS, LLC d/b/a SPARTAN CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>SULLINAIR JET CENTER, LLC d/b/a SULLINAIR JET CENTER; SOLEADOS ESTATES, LLC; PASCO FBO PARTNERS, LLC; ASI ES LA VIDA, LLC; CAPITAL STRATEGIES & DEVELOPING, LLC; RENTAFLEET, LLC; and JOHN A. SULLINS,<br><br>Defendants,<br><br>v.<br><br>NUMERICA CU,<br><br>Garnishee. | NO. 23-2-04552-1 SEA<br><br>APPLICATION FOR WRIT OF GARNISHMENT<br><br>**[xx] NOT A CONSUMER DEBT JUDGMENT**<br><br>[ ] This garnishment is based on a judgment or order for:<br>  [ ] child support<br>  [ ] private student loan debt<br>  [ ] consumer debt |

The undersigned states:

Submitted herewith is the fee provided by RCW 36.18.020 [RCW 3.62.060 – if District Court] payable to the Clerk of the above-entitled Court:

As attorney for the **Judgment Creditor/plaintiff** in the above-caption action, I make this application for a Writ of Garnishment on **Judgment Creditor's** behalf.

The facts are stated as follows:

1.    **Judgment Creditor** has a judgment wholly or partially unsatisfied, against the **Judgment Debtors**/defendants above named, entered on November 17, 2022, in Monroe

APPLICATION FOR WRIT OF GARNISHMENT - 1

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

EXHIBIT "B"

County, Supreme Court, State of New York, and domesticated and entered in the above-entitled Court on March 13, 2023. **Judgment Debtors** have:

☒ made no payments whatsoever.
☐ made partial payments as follows:

2. The amount alleged to be due and still owing under said judgment is $40,172.65, plus interest, attorney's fees and costs.

3. **Judgment Creditor** has reason to believe and does believe, that the above-named **Garnishee**, whose residence and/or business address in King County, Washington, is:

☒ indebted to the **Judgment Debtors** in amounts exceeding those exempted from garnishment by any state or federal law;

☒ has possession or control of personal property or effects belonging to the **Judgment Debtors** which are not exempted from garnishment by any state or federal law.

4. The above-named Garnishee is believed to be:

☐ the employer of the **Judgment Debtors**.
☒ not the employer of the **Judgment Debtors**.

The undersigned certifies under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: April 3, 2023.

Place: Seattle, Washington

s/Matthew D. Green, WSBA #18046
Elizabeth Hebener Norwood, WSBA #40930
*Attorneys for Judgment Creditor*
GREEN & NORWOOD PLLC
2284 W. Commodore Way, Suite 300
Seattle, WA 98199
Telephone: (206) 420-3486
Email: matt@gnlawseattle.com
elizabeth@gnlawseattle.com

APPLICATION FOR WRIT OF GARNISHMENT - 2

**Green & Norwood PLLC**
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

7              SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

8   SPARTAN BUSINESS SOLUTIONS, LLC        NO. 23-2-04552-1 SEA
    d/b/a SPARTAN CAPITAL,

9              Plaintiff,                   WRIT OF GARNISHMENT

10                                          (Clerk's Action Required)
               v.

11  SULLINAIR JET CENTER, LLC d/b/a         **[ xx ] NOT A CONSUMER DEBT
    SULLINAIR JET CENTER; SOLEADOS          JUDGMENT**

12  ESTATES, LLC; PASCO FBO PARTNERS,
    LLC; ASI ES LA VIDA, LLC; CAPITAL       [ ] This garnishment is based on a judgment
13  STRATEGIES & DEVELOPING, LLC;           or order for:
    RENTAFLEET, LLC; and JOHN A. SULLINS,       [ ] child support
14                                              [ ] private student loan debt
15             Defendants,                      [ ] consumer debt

16             v.

17  NUMERICA CU,

18             Garnishee.

19  THE STATE OF WASHINGTON TO:  NUMERICA CU (**"Garnishee"**)

20  AND TO:   **JOHN A. SULLINS; SOLEADOS ESTATES, LLC; ASI ES LA VIDA, LLC;
21            CAPITAL STRATEGIES & DEVELOPING, LLC; and RENTAFLEET,
              LLC (collectively "Judgment Debtors")**

22        **Judgment Creditor** in the above-captioned action has applied for a Writ of
23  Garnishment ("Writ") against you, claiming that the above-named **Judgment Debtors** are
    indebted to **Judgment Creditor** and that the amount to be held to satisfy that indebtedness is
24  $42,126.41, consisting of:

25      Balance of Judgment:                              $40,172.65

    WRIT OF GARNISHMENT - 1                    Green & Norwood PLLC
                                               2284 W. Commodore Way, Suite 300
                                               Seattle, Washington 98199
                                               (206) 420-3486

    2178-101

                                EXHIBIT "C"

| | |
|---|---|
| Interest under Judgment @ 9% ($9.91/diem) from 11/18/22 to 3/27/23: | $1,347.76 |
| Taxable Costs and Attorneys' Fees: | $240.00 |

Estimated Garnishment Costs:

| | |
|---|---|
| Filing and Ex Parte Fees: | $26.00 |
| Postage and Costs of Certified Mail: | $10.00 |
| Answer Fee or Fees: | $20.00 |
| Clerk's Trust Check Fee: | $10.00 |
| Garnishment Attorney Fees: | $300.00 |
| [Greater of $100 or 10% not to exceed $300] | |
| Total estimated garnishment costs: | $366.00 |

**Updated 7/2021** YOU ARE COMMANDED, unless otherwise directed by the court, by the attorney of record for the Judgment Creditor, or by this writ, not to pay any debt, other than earnings, owed to the Judgment Debtors at the time this writ was served and not to deliver, sell, or transfer, or recognize any sale or transfer of, any personal property or effects of the Debtors in your possession or control at the time when this writ was served. Any such payment delivery, sale, or transfer is void to the extent necessary to satisfy the Judgment Creditor's claim and costs for this writ, with interest.

YOU ARE ALSO COMMANDED to answer this writ according to the instructions in this writ and in the answer forms and, within 20 days after the service of the writ upon you, to mail or deliver the original of such answer to the court, one copy to the Judgment Creditor or the Judgment Creditor's attorney, and one copy to the Debtors, at the addresses listed at the bottom of this writ.

If you owe the Debtors a debt payable in money in excess of the amount set forth in the first paragraph of this writ, hold only the amount set forth in the first paragraph, and any processing fee if one is charged, and release all additional funds or property to Debtors.

FOR ALL DEBTS EXCEPT PRIVATE STUDENT LOAN DEBT AND CONSUMER DEBT:

If you are a bank or other institution in which the Debtors has accounts to which the exemption under RCW 6.15.010(1)(d)(ii)(A) applies, and the total of the amounts held in all the Debtors' accounts is less than or equal to $500, release all funds or property to the Debtors and do not hold any amount.

If you are a bank or other institution in which the Debtors has accounts to which the exemption under RCW 6.15.010(1)(d)(ii)(A) applies, and the total of the amounts held in all the Debtors' accounts is in excess of $500, release at least $500, hold no more than the amount set forth in

WRIT OF GARNISHMENT - 2

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

the first paragraph of this writ, and any processing fee if one is charged, and release additional funds or property, if any, to the Debtors.

FOR PRIVATE STUDENT LOAN DEBT AND CONSUMER DEBT:

If you are a bank or other institution in which the Debtors has accounts to which the exemption under RCW 6.15.010(1)(d)(ii)(B) or (C) applies, and the total of the amounts held in all the Debtors' accounts is less than or equal to $1,000, release all funds or property to the Debtors and do not hold any amount.

If you are a bank or other institution in which the Debtors has accounts to which the exemption under RCW 6.15.010(1)(d)(ii)(B) or (C) applies, and the total of the amounts held in all the Debtors' accounts is in excess of $1,000, release at least $1,000, hold no more than the amount set forth in the first paragraph of this writ, and any processing fee if one is charged, and release additional funds or property, if any, to the Debtors.

IF YOU FAIL TO ANSWER THIS WRIT AS COMMANDED, A JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE FULL AMOUNT OF THE JUDGMENT CREDITOR'S CLAIM AGAINST THE DEBTORS WITH ACCRUING INTEREST, ATTORNEY FEES, AND COSTS, WHETHER OR NOT YOU OWE ANYTHING TO THE DEBTORS. IF YOU PROPERLY ANSWER THIS WRIT, ANY JUDGMENT AGAINST YOU WILL NOT EXCEED THE AMOUNT OF ANY NONEXEMPT DEBT OR THE VALUE OF ANY NONEXEMPT PROPERTY OR EFFECTS IN YOUR POSSESSION OR CONTROL.

JUDGMENT MAY ALSO BE ENTERED AGAINST THE DEBTORS FOR COSTS AND FEES INCURRED BY THE JUDGMENT CREDITOR.

WRIT OF GARNISHMENT - 3

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

**PATRICK H. OISHI**

Witness, the Honorable _____, Judge of the above-entitled Court, and the seal thereof, this ___ day of **APR 0 3 2023** , _____.

s/
Matthew D. Green, WSBA #18046
Elizabeth Hebener Norwood, WSBA #40930
*Attorneys for Judgment Creditor*
GREEN & NORWOOD PLLC
2284 W. Commodore Way, Suite 300
Seattle, WA 98199
Telephone: (206) 420-3486
Email:  matt@gnlawseattle.com
        elizabeth@gnlawseattle.com

**BARBARA MINER**
Clerk of the King County Superior Court

By **B. TEMBREULL** _____

Address:

King County Superior Court
516 Third Avenue, Room C-203
Seattle, WA 98104

Names & Addresses of Judgment Debtors:
John A. Sullins; Soleados Estates, LLC; ASI ES La Vida, LLC; Capital Strategies & Developing, LLC; and Rentafleet, LLC
93006 East Chelsea Road
Kennewick, WA 99338

3702 North Stearman Avenue
Pasco, WA 99301

WRIT OF GARNISHMENT - 4

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

1

2

3

4

5

6

7                  SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

8   SPARTAN BUSINESS SOLUTIONS, LLC          NO. 23-2-04552-1 SEA
    d/b/a SPARTAN CAPITAL,
9                                            RECORDS SUBPOENA IN A CIVIL
              Plaintiff,                     CASE
10
         v.
11
    SULLINAIR JET CENTER, LLC d/b/a
12  SULLINAIR JET CENTER; SOLEADOS
    ESTATES, LLC; PASCO FBO PARTNERS,
13  LLC; ASI ES LA VIDA, LLC; CAPITAL
    STRATEGIES & DEVELOPING, LLC;
14  RENTAFLEET, LLC; and JOHN A. SULLINS,

15            Defendants.

16

17  TO:         NUMERICA CU

18  AND TO:     ALL PARTIES OF RECORD IN THE ABOVE CAPTIONED CASE

19      ☑ **YOU ARE COMMANDED** pursuant to CR 45 to produce the following

20  documents or tangible things to Matthew D. Green and Elizabeth Hebener Norwood at Green

21  & Norwood PLLC, 2284 W. Commodore Way, Suite 300, Seattle, WA 98199 on Friday, April

22  28, 2023, as specified below:

23

24

25

RECORDS SUBPOENA IN A CIVIL CASE - 1

                                                      **Green & Norwood PLLC**
                                                      2284 W. Commodore Way, Suite 300
                                                      Seattle, Washington 98199
                                                      (206) 420-3486

2178-101                          EXHIBIT "D"

1.       Copies of all monthly statements for your customers John A. Sullins; Soleados Estates, LLC; ASI ES La Vida, LLC; Capital Strategies & Developing, LLC; and Rentafleet, LLC, covering the time period January 1, 2022, to the present, whose:

| | |
|---|---|
| Account Number(s) include (but not limited to): | Unknown |
| Social Security number is believed to be: | 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 |
| Date of Birth is believed to be: | 6/__/1971 |
| Tax ID Numbers are believed to be: | 87-1285552 and Others |
| Last Known Addresses are believed to be: | 93006 East Chelsea Road Kennewick, WA 99338 |
| | 3702 North Stearman Avenue Pasco, WA 99301 |

2.       Copies of all signature cards for each account identified under Section 1 above.

3.       Copies of any and all documents identifying assets claimed to be owned by your customers identified in Section 1 including but not limited to, loan applications, financial statements, credit applications, tax returns, etc.

HEREIN FAIL NOT AT YOUR PERIL

DATED this 3rd day of April, 2023.

*s/Matthew D. Green, WSBA #18046*
Elizabeth Hebener Norwood, WSBA #40930
*Attorneys for Plaintiff*
GREEN & NORWOOD PLLC
2284 W. Commodore Way, Suite 300
Seattle, WA 98199
Telephone: (206) 420-3486
Email:  matt@gnlawseattle.com
           elizabeth@gnlawseattle.com

Pursuant to CR 45, a recitation of Sections (c) and (d) follows:

**(c) Protection of Persons Subject to Subpoenas.**

RECORDS SUBPOENA IN A CIVIL CASE - 2

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to subsection (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce and all other parties, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the Court by which a subpoena was issued shall quash or modify the subpoena if it:

    (i) fails to allow reasonable time for compliance;

    (ii) fails to comply with RCW 5.56.010 or subsection (e)(2) of this rule:

    (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

    (iv) subjects a person to undue burden, provided that, the Court may condition denial of the motion upon a requirement that the subpoenaing party advance the reasonable cost of producing the books, papers, documents, or tangible things.

(B) If a subpoena

    (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

    (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, the Court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

RECORDS SUBPOENA IN A CIVIL CASE - 3

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

1  (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

2  

3  **PROOF OF SERVICE**

| NAME OF PERSON SERVED | MANNER OF SERVICE |
|---|---|
| PLACE OF SERVICE | DATE OF SERVICE |
| TITLE OF PERSON SERVED (IF SERVICE IS UPON BUSINESS OR ORGANIZATION) | |
| SERVED BY (PRINT NAME) | TITLE OF PERSON SERVING |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the State of Washington that I am a suitable person over the age of 18 and that the foregoing information contained in the Proof of Service is true and correct.

| EXECUTED ON THE DATE OF | PLACE |
|---|---|
| SIGNATURE OF SERVER | |
| PRINTED NAME AND ADDRESS OF SERVER | PHONE |

RECORDS SUBPOENA IN A CIVIL CASE - 4

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

## DAMAGES AND ATTORNEY FEES

**DAMAGES:**

Damagages for violation of the automatic stay:

$16 \text{ incidents} \times \$1,000/ \text{ incident} = \$16,000.00$

**ATTORNEY FEES:**

1 hrs research
8 hrs motion preparation
1 hr hearing preparation/hearing

**Total:** 10 hours

$10 \text{ hours} \times \$500/\text{hr} = \$5,000.00$

# EXHIBIT "E"