UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>SOLEADOS ESTATES, LLC,<br><br>Debtor. | NO. 23-00196-WLH13<br><br>DECLARATION OF MATTHEW GREEN |

I, Matthew D. Green declare:

1. I am co-counsel for Spartan Business Solutions, LLC d/b/a Spartan Capital ("Spartan"). I have been practicing law here in Washington for over 30 years, am in good standing with the WA Bar, have personal knowledge of the matters herein, and am competent to testify.

2. <u>Domestication</u>. In February 2023, our Firm was contacted by New York attorney Jason Gang for the purpose of domesticating here in Washington, a judgment that had been entered in a New York Court. The Judgment was entered in favor of Spartan against Sullinair Jet Center, LLC; Soleados Estates, LLC; Pasco FBO Partners, LLC; ASI ES La Vida, LLC; Capital Strategies & Developing, LLC; Rentafleet, LLC; and John A. Sullins (collectively "Debtors") in the sum of $40,172.65. See Ex. A attached hereto.

3. On March 14, 2023, the Judgment was domesticated here in Washington, but as set forth in the Judgment Summary filed with the Court, the judgment debtors did not include

DECLARATION OF MATTHEW GREEN - 1

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

23-00196-WLH7    Doc 12    Filed 05/04/23    Entered 05/04/23 15:38:58    Pg 1 of 2

Debtors Sullinair Jet Center, LLC; and Pasco FBO Partners, LLC, since our Firm was made aware that both LLCs had filed for respective bankruptcy protection and as such were covered by the automatic bankruptcy stay. See Ex. B attached hereto.

4. At the time the Judgment was domesticated here in WA, our Firm had no knowledge that Debtor Soleados Estates, LLC had recently filed for bankruptcy protection. In fact, it was not until I received a copy of opposing counsel's pleadings and Motion that I first become aware that Soleados Estates, LLC had in fact filed for bankruptcy protection on February 17, 2023.

5. Upon learning of Soleados Estates, LLC's bankruptcy filing, our Firm immediately communicated this fact to opposing counsel Patrick McBurney (See Ex. C attached hereto); and filed the requisite pleadings with the Court to amend the domestication of the Judgment so that it also does not identify as a judgment debtor Soleados Estates, LLC (See Ex. D attached hereto).

6. To date, the only action taken to enforce the Judgment was to cause a Writ of Garnishment to be issued to Numerica CU, along with a record subpoena. Numerica CU's answer to the Writ states that no monies have been garnished. See Ex. E attached hereto. The records produced under the subpoena were only for accounts held under John A. Sullins; Capital Strategies & Developing, LLC; ASI ES La Vida, LLC; and Rentafleet, LLC. NO records for any accounts held by Soleados Estates, LLC; Sullinair Jet Center, LLC; and/or Pasco FBO Partners, LLC were produced.

The foregoing statement is made under penalty of perjury under the laws of the State of Washington and is true and correct.

Signed at Seattle, Washington, this 26th day of April, 2023.

Matthew D. Green, WSBA # 18046

DECLARATION OF MATTHEW GREEN - 2

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

23-00196-WLH7   Doc 12   Filed 05/04/23   Entered 05/04/23 15:38:58   Pg 2 of 2