# EXHIBIT A

EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE

---

SPARTAN BUSINESS SOLUTIONS, LLC
D/B/A SPARTAN CAPITAL
                               *Plaintiff,*

-against-

SULLINAIR JET CENTER LLC
D/B/A SULLINAIR JET CENTER,
SOLEADOS ESTATES, LLC,
PASCO FBO PARTNERS LLC,
ASI ES LA VIDA, LLC,
CAPITAL STRATEGIES AND DEVELOPING LLC,
RENTAFLEET LLC, and JOHN A SULLINS
                               *Defendants.*

Index No. E2022008026

**JUDGMENT**

---

The Plaintiff, SPARTAN BUSINESS SOLUTIONS, LLC D/B/A SPARTAN CAPITAL, having commenced this action by its attorney, The Law Office of Jason Gang, PLLC, by filing a summons and complaint with the court on 10/6/2022. Service was effectuated upon the Defendants, SULLINAIR JET CENTER LLC D/B/A SULLINAIR JET CENTER, SOLEADOS ESTATES, LLC, PASCO FBO PARTNERS LLC, ASI ES LA VIDA, LLC, CAPITAL STRATEGIES AND DEVELOPING LLC, RENTAFLEET LLC, and JOHN A SULLINS on 10/6/2022. Plaintiff has proceeded in this action through their attorney, The Law Office of Jason Gang, PLLC, by Jason A. Gang, Esq. The time of the Defendants SULLINAIR JET CENTER LLC D/B/A SULLINAIR JET CENTER, SOLEADOS ESTATES, LLC, PASCO FBO PARTNERS LLC, ASI ES LA VIDA, LLC, CAPITAL STRATEGIES AND DEVELOPING LLC, RENTAFLEET LLC, and JOHN A SULLINS to appear and answer herein has expired and that said Defendants have not appeared or answered herein.

NOW, on motion of The Law Office of Jason Gang, PLLC, located at 1245 Hewlett Plaza, #478, Hewlett, NY 11557, attorneys of record for the Plaintiff herein, it is ADJUDGED:

That Plaintiff, SPARTAN BUSINESS SOLUTIONS, LLC D/B/A SPARTAN CAPITAL, 371 East Main St, Ste. 2, Middletown, NY 10940 shall recover of the Defendants, SULLINAIR JET CENTER LLC D/B/A SULLINAIR JET CENTER, SOLEADOS ESTATES, LLC, PASCO FBO PARTNERS LLC, ASI ES LA VIDA, LLC, CAPITAL STRATEGIES AND DEVELOPING LLC, RENTAFLEET LLC,, residing at 3702 North Stearman Avenue, Pasco, WA 99301, and JOHN A SULLINS, residing at 93006 E Chelsea Rd, Kennewick, WA 99338, the sum of $29,530.75, plus attorneys fees at the rate of 33.00% equaling $9,745.15, plus interest from 10/6/2022 at the rate of 9.00% equaling $406.75, plus costs and disbursements of $490.00, in all totaling $40,172.65 and that the Plaintiff have execution thereof.

Dated: Rochester, New York

NOV. 17, 2022

*[Signature: Jamie Romeo]*

ENTERED: 11/17/22

total taxed
@ 490
@ special