EXHIBIT B

EXHIBIT B

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| SPARTAN BUSINESS SOLUTIONS, LLC d/b/a SPARTAN CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>SULLINAIR JET CENTER, LLC d/b/a SULLINAIR JET CENTER; SOLEADOS ESTATES, LLC; PASCO FBO PARTNERS, LLC; ASI ES LA VIDA, LLC; CAPITAL STRATEGIES & DEVELOPING, LLC; RENTAFLEET, LLC; and JOHN A. SULLINS,<br><br>Defendants. | NO. 23-2-04552-1 SEA<br><br>FOREIGN JUDGMENT SUMMARY<br><br>(Clerk's Action Required) |

## I. JUDGMENT SUMMARY

Pursuant to RCW 4.64.030 and RCW 6.36.035 this foreign Judgment shall be summarized as follows:

1. Judgment Creditor: SPARTAN BUSINESS SOLUTIONS, LLC d/b/a SPARTAN CAPITAL

2. Attorney for Judgment Creditor: Matthew D. Green/Elizabeth Hebener Norwood of Green & Norwood PLLC

3. Judgment Debtors: JOHN A. SULLINS; SOLEADOS ESTATES, LLC; ASI ES LA VIDA, LLC; CAPITAL STRATEGIES & DEVELOPING, LLC; and RENTAFLEET, LLC

FOREIGN JUDGMENT SUMMARY - 1

**Green & Norwood PLLC**
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

| | | | |
|---|---|---|---|
| 4. | Principal Judgment Amount: | $29,530.75 | |
| 5. | Prejudgment Interest: | $406.75 | |
| 6. | Legal Fees: | $9,745.15 | |
| 7. | Costs: | $490.00 | |
| 8. | Costs per RCW 6.36 et seq.: | $240.00 | |

9. Judgment Amount shall Accrue Interest at the Rate of 9% Per Annum from November 18, 2022.

10. The Foreign Judgment was Entered November 17, 2022, in Supreme Court State of New York, County of Monroe, and per New York Law will Expire November 16, 2032.

DATED this 13th day of March, 2023.

s/
Matthew D. Green, WSBA #18046
Elizabeth Hebener Norwood, WSBA #40930
*Attorneys for Plaintiff*
GREEN & NORWOOD PLLC
2284 W. Commodore Way, Suite 300
Seattle, WA 98199
Telephone: (206) 420-3486
Email: matt@gnlawseattle.com
elizabeth@gnlawseattle.com

FOREIGN JUDGMENT SUMMARY - 2

**Green & Norwood PLLC**
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

23-00196-WLH7    Doc 12-2    Filed 05/04/23    Entered 05/04/23 15:38:58    Pg 3 of 16

FILED
2023 MAR 14 09:00 AM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-04552-1 SEA

CERTIFIED COPY

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| SPARTAN BUSINESS SOLUTIONS, LLC d/b/a SPARTAN CAPITAL, <br><br> Plaintiff, <br><br> v. <br><br> SULLINAIR JET CENTER, LLC d/b/a SULLINAIR JET CENTER; SOLEADOS ESTATES, LLC; PASCO FBO PARTNERS, LLC; ASI ES LA VIDA, LLC; CAPITAL STRATEGIES & DEVELOPING, LLC; RENTAFLEET, LLC; and JOHN A. SULLINS, <br><br> Defendants. | NO. <br><br> NOTICE AND DECLARATION FOR FILING FOREIGN JUDGMENT <br><br> (Clerk's Action Required) |

TO: DEFENDANTS

1. I am an attorney for the Judgment Creditor herein, have personal knowledge of the matters herein, and/or have reviewed plaintiff's business records maintained in the ordinary course and am competent to testify. This declaration is made pursuant to RCW 6.36.035. Judgment Debtors Names and Addresses:

John A. Sullins; Soleadas Estates, LLC; ASI ES La Vida, LLC; Capital Strategies & Developing, LLC; and Rentafleet, LLC
93006 East Chelsea Road
Kennewick, WA 99338

NOTICE AND DECLARATION FOR FILING FOREIGN JUDGMENT - 1

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

Judgment Creditor's Name and Address:
Spartan Business Solutions, LLC d/b/a Spartan Capital
c/o Jason A. Gang, Esq.
1245 Hewlett Plaza, #478
Hewlett, NY 11557

2. All communications and/or correspondence with Judgment Creditor should be sent to:

Green & Norwood PLLC
Attention: Matthew D. Green and
Elizabeth Hebener Norwood
2284 W. Commodore Way, Suite 300
Seattle, WA 98199
Email: matt@gnlawseattle.com
elizabeth@gnlawseattle.com

3. This declaration is made in reference to the filing of a foreign judgment against Defendants above-named with the above-entitled Court. The judgment was initially entered on November 17, 2022, under Cause No. E2022008026 in and from the Supreme Court of the State of New York, County of Monroe, in the amount of $40,172.65, plus post-judgment interest at the rate of 9% per annum pursuant to New York law – NY CPLR 5004. An exemplified copy of the judgment is attached hereto.

4. The judgment expires on November 16, 2032 (10-years from date of entry, unless timely renewed/extended) in accordance with New York law.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington, this 13th day of March, 2023.

Matthew D. Green

NOTICE AND DECLARATION FOR FILING FOREIGN JUDGMENT - 2

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

# The People of the State of New York

*BY THE GRACE OF GOD FREE AND INDEPENDENT*



All to whom these presents shall come or may concern, Greetings:

That we, having examined the Records and files in the office of the Clerk of the County of Monroe, of the County Court of said County, and of the Supreme Court of Said State in and for said County, do find there remaining on file or entered a certain

_____Judgment_____

_____

_____ in an action wherein

**SPARTAN BUSINESS SOLUTIONS, LLC D/B/A SPARTAN CAPITAL,** plaintiffs, and **SULLINAIR JET CENTER LLC D/B/A SULLINAIR JET CENTER, SOLEADOS ESTATES, LLC, PASCO FBO PARTNERS LLC, ASI ES LA VIDA, LLC, CAPITAL STRATEGIES AND DEVELOPING LLC, RENTAFLEET LLC, and JOHN A SULLINS,** defendants, and the words and figures following, to wit:





**Office of the County Clerk**
MONROE COUNTY, NEW YORK

MONROE COUNTY CLERK'S OFFICE         THIS IS NOT A BILL. THIS IS YOUR RECEIPT.

Receipt # 3257777

Book   Page

No. Pages: 3

Instrument: JUDGMENT

Control #:     202211170921
Index #:       E2022008026

Date: 11/17/2022

Spartan Business Solutions LLC         Time: 2:28:55 PM

Sullinair Jet Center LLC
Sullinair Jet Center
Soleados Estates LLC
Pasco Fbo Partners LLC
Asi Es La Vida LLC

Judgment Filing Fee            $45.00

Total Fees Paid:               $45.00

Employee: CW

State of New York

MONROE COUNTY CLERK'S OFFICE
WARNING – THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

JAMIE ROMEO

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE

|  |  |
|---|---|
| SPARTAN BUSINESS SOLUTIONS, LLC<br>D/B/A SPARTAN CAPITAL<br>　　　　　　　　　　　　　　　*Plaintiff,*<br><br>-against-<br><br>SULLINAIR JET CENTER LLC<br>D/B/A SULLINAIR JET CENTER,<br>SOLEADOS ESTATES, LLC,<br>PASCO FBO PARTNERS LLC,<br>ASI ES LA VIDA, LLC,<br>CAPITAL STRATEGIES AND DEVELOPING LLC,<br>RENTAFLEET LLC, and JOHN A SULLINS<br>　　　　　　　　　　　　　　　*Defendants.* | Index No. E2022008026<br><br>**JUDGMENT** |

　　　　The Plaintiff, SPARTAN BUSINESS SOLUTIONS, LLC D/B/A SPARTAN CAPITAL, having commenced this action by its attorney, The Law Office of Jason Gang, PLLC, by filing a summons and complaint with the court on 10/6/2022. Service was effectuated upon the Defendants, SULLINAIR JET CENTER LLC D/B/A SULLINAIR JET CENTER, SOLEADOS ESTATES, LLC, PASCO FBO PARTNERS LLC, ASI ES LA VIDA, LLC, CAPITAL STRATEGIES AND DEVELOPING LLC, RENTAFLEET LLC, and JOHN A SULLINS on 10/6/2022. Plaintiff has proceeded in this action through their attorney, The Law Office of Jason Gang, PLLC, by Jason A. Gang, Esq. The time of the Defendants SULLINAIR JET CENTER LLC D/B/A SULLINAIR JET CENTER, SOLEADOS ESTATES, LLC, PASCO FBO PARTNERS LLC, ASI ES LA VIDA, LLC, CAPITAL STRATEGIES AND DEVELOPING LLC, RENTAFLEET LLC, and JOHN A SULLINS to appear and answer herein has expired and that said Defendants have not appeared or answered herein.

NOW, on motion of The Law Office of Jason Gang, PLLC, located at 1245 Hewlett Plaza, #478, Hewlett, NY 11557, attorneys of record for the Plaintiff herein, it is ADJUDGED:

That Plaintiff, SPARTAN BUSINESS SOLUTIONS, LLC D/B/A SPARTAN CAPITAL, 371 East Main St, Ste. 2, Middletown, NY 10940 shall recover of the Defendants, SULLINAIR JET CENTER LLC D/B/A SULLINAIR JET CENTER, SOLEADOS ESTATES, LLC, PASCO FBO PARTNERS LLC, ASI ES LA VIDA, LLC, CAPITAL STRATEGIES AND DEVELOPING LLC, RENTAFLEET LLC,, residing at 3702 North Stearman Avenue, Pasco, WA 99301, and JOHN A SULLINS, residing at 93006 E Chelsea Rd, Kennewick, WA 99338, the sum of $29,530.75, plus attorneys fees at the rate of 33.00% equaling $9,745.15, plus interest from 10/6/2022 at the rate of 9.00% equaling $406.75, plus costs and disbursements of $490.00, in all totaling $40,172.65 and that the Plaintiff have execution thereof.

Dated: Rochester, New York

NOV. 17, 2022

*Jamie Romeo* (signature)

ENTERED: 11/17/22

total taxed
a) 490
b) special
deputy

And that the foregoing, having been compared with said original is a true and correct copy of said original on file as aforesaid and of the whole thereof.

All which we caused by these presents to be exemplified, and hereunto set our hand and caused the seal of our said Supreme Court to be hereunto affixed.

Witness Honorable _Daniel J. Doyle_ of the Supreme Court of the State of New York (Seventh Judicial District), at the City of Rochester in the County of Monroe, and said State, the ___4th___ day of ___Jun___ in the year of our Lord, two thousand twenty three.

_____
Jamie Romeo
Monroe County Clerk

Supreme Court – Monroe County
_____

**SPARTAN BUSINESS SOLUTIONS, LLC**
**D/B/A SPARTAN CAPITAL**

vs

**SULLINAIR JET CENTER LLC D/B/A SULLINAIR JET CENTER, SOLEADOS ESTATES, LLC, PASCO FBO PARTNERS LLC, ASI ES LA VIDA, LLC CAPITAL STRATEGIES AND DEVELOPING LLC, RENTAFLEET LLC, and JOHN A SULLINS,**
_____

I, _Daniel J. Doyle_ Justice of the Supreme Court of the State of New York, (Seventh Judicial District), do hereby certify that Adam J. Bello, whose name is subscribed to the preceding exemplification, is the Clerk of the said County of Monroe, and the Clerk of said Supreme Court for said County, duly appointed and sworn, and that the signature of said Clerk to said certificate is genuine, and that full faith and credit are due to her official acts. I further certify that the seal affixed to the exemplification is the seal of our said Supreme Court, and that the attestation thereof is in due form of law.

Dated at Rochester, New York,

_____
Hon.

**HON. DANIEL J. DOYLE**
Supreme Court Justice
Of the State of New York
Seventh Judicial District



STATE OF NEW YORK (COUNTY OF MONROE) SS
I, JAMIE ROMEO, CLERK OF THE COUNTY OF MONROE OF THE
COUNTY COURT OF SAID COUNTY AND OF THE SUPREME COURT
BOTH BEING COURTS OF RECORD HAVING A COMMON SEAL
I HEREBY ATTEST AND CERTIFY THAT THIS IS A PRINTED COPY
OF A DOCUMENT WHICH WAS ELECTRONICALLY FILED
IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND
AFFIXED THE SEAL OF THE SAID COUNTY AND COURTS ON
DATE 1/3/23
FACSIMILE SIGNATURE USED PURSUANT TO SEC 903 OF COUNTY LAW

HON. DANIEL J. DOYLE

I BARBARA MINER Clerk of the Superior Court of the State of Washington for King County do hereby certify that this copy is a true and perfect transcript of said original as it appears on file and of record in my office and of the whole thereof IN TESTIMONY WHEREOF I have affixed this seal of said Superior Court at my office at Seattle on this date_____ **MAR 1 4 2023**



BARBARA MINER Superior Court Clerk

By_____
Deputy Clerk **R. GARDNER**

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| SPARTAN BUSINESS SOLUTIONS, LLC d/b/a SPARTAN CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>SULLINAIR JET CENTER, LLC d/b/a SULLINAIR JET CENTER; SOLEADOS ESTATES, LLC; PASCO FBO PARTNERS, LLC; ASI ES LA VIDA, LLC; CAPITAL STRATEGIES & DEVELOPING, LLC; RENTAFLEET, LLC; and JOHN A. SULLINS,<br><br>Defendants. | NO. 23-2-04552-1 SEA<br><br>DECLARATION OF MAILING NOTICE OF FILING OF FOREIGN JUDGMENT |

I, Matthew D. Green, declares and says:

1. I am an attorney for plaintiff above-named and have personal knowledge of the matters herein.

2. On March 14, 2023, the undersigned caused to be mailed to the defendants above-named, the attached Notice and Declaration of Filing of Foreign Judgment to the address set forth therein.

DECLARATION OF MAILING NOTICE OF FILING OF FOREIGN JUDGMENT - 1

**Green & Norwood PLLC**
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington, this 13th day of March, 2023.

*Matthew D. Green*

DECLARATION OF MAILING NOTICE OF FILING OF FOREIGN JUDGMENT - 2

**Green & Norwood PLLC**
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| SPARTAN BUSINESS SOLUTIONS, LLC d/b/a SPARTAN CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>SULLINAIR JET CENTER, LLC d/b/a SULLINAIR JET CENTER; SOLEADOS ESTATES, LLC; PASCO FBO PARTNERS, LLC; ASI ES LA VIDA, LLC; CAPITAL STRATEGIES & DEVELOPING, LLC; RENTAFLEET, LLC; and JOHN A. SULLINS,<br><br>Defendants. | NO. 23-2-04552-1 SEA<br><br>NOTICE AND DECLARATION FOR FILING FOREIGN JUDGMENT<br><br>(Clerk's Action Required) |

TO: DEFENDANTS

1. I am an attorney for the Judgment Creditor herein, have personal knowledge of the matters herein, and/or have reviewed plaintiff's business records maintained in the ordinary course and am competent to testify. This declaration is made pursuant to RCW 6.36.035. Judgment Debtors Names and Addresses:

    John A. Sullins; Soleadas Estates, LLC; ASI ES La Vida, LLC; Capital Strategies & Developing, LLC; and Rentafleet, LLC
    93006 East Chelsea Road
    Kennewick, WA 99338

NOTICE AND DECLARATION FOR FILING FOREIGN JUDGMENT - 1

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

Judgment Creditor's Name and Address:
Spartan Business Solutions, LLC d/b/a Spartan Capital
c/o Jason A. Gang, Esq.
1245 Hewlett Plaza, #478
Hewlett, NY 11557

2. All communications and/or correspondence with Judgment Creditor should be sent to:

Green & Norwood PLLC
Attention: Matthew D. Green and
Elizabeth Hebener Norwood
2284 W. Commodore Way, Suite 300
Seattle, WA 98199
Email: matt@gnlawseattle.com
elizabeth@gnlawseattle.com

3. This declaration is made in reference to the filing of a foreign judgment against Defendants above-named with the above-entitled Court. The judgment was initially entered on November 17, 2022, under Cause No. E2022008026 in and from the Supreme Court of the State of New York, County of Monroe, in the amount of $40,172.65, plus post-judgment interest at the rate of 9% per annum pursuant to New York law – NY CPLR 5004. An exemplified copy of the judgment is attached hereto.

4. The judgment expires on November 16, 2032 (10-years from date of entry, unless timely renewed/extended) in accordance with New York law.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington, this 13th day of March, 2023.

_____
Matthew D. Green

NOTICE AND DECLARATION FOR FILING FOREIGN JUDGMENT - 2

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101