# EXHIBIT E

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| SPARTAN BUSINESS SOLUTIONS, LLC d/b/a SPARTAN CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>SULLINAIR JET CENTER, LLC d/b/a SULLINAIR JET CENTER; SOLEADOS ESTATES, LLC; PASCO FBO PARTNERS, LLC; ASI ES LA VIDA, LLC; CAPITAL STRATEGIES & DEVELOPING, LLC; RENTAFLEET, LLC; and JOHN A. SULLINS,<br><br>Defendants,<br><br>v.<br><br>NUMERICA CU,<br><br>Garnishee. | NO. 23-2-04552-1 SEA<br><br>ANSWER TO WRIT OF GARNISHMENT |

Section I

On the date the Writ of Garnishment ("Writ") was issued by the Court as indicated by the date appearing on the last page of the Writ:

**Judgment Debtors John A. Sullins; Soleados Estates, LLC; ASI ES La Vida, LLC; Capital Strategies & Developing, LLC; and Rentafleet, LLC:**

(check one)  ☐ was  ☒ was not  employed by **Garnishee**.

**Judgment Debtors:** (check one) ☒ did  ☐ did not  maintain a financial account with **Garnishee**.

ANSWER TO WRIT OF GARNISHMENT - 1

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

| | | | |
|---|---|---|---|
|1| **Garnishee:** (check one) | ☒ did  ☒ did not | have possession of or control over any funds personal property, or effects of **Judgment Debtors**. |

If not employed and you have no possession or control of any funds of **Judgment Debtors**, indicate the last day of employment: __N|A__ ; and complete Section III of this answer and mail or deliver the forms as directed in the Writ.

Section II

At the time of service of the Writ of Garnishment on the **Garnishee** there was due and owing from the **Garnishee** to the **Judgment Debtors** John A. Sullins $ __0.00__ ; Soleados Estates, LLC $ __0.00__ ; ASI ES La Vida, LLC $ __0.00__ ; Capital Strategies & Developing, LLC & __0.00__ : and/or Rentafleet, LLC $ __0.00__ . If there is any uncertainty about your answer, give an explanation on the last page or on an attached page.

List all of the personal property or effects of **Judgment Debtors** in the **Garnishee's** possession or control when the Writ was served. (Use the reverse side of this answer form or attach a schedule if necessary.)

Section III

An attorney may answer for the **Garnishee**.

Under penalty of perjury, I affirm that I have examined this answer, including accompanying schedules, and to the best of my knowledge and belief it is true, correct and complete.

__Numerica Credit Union__  __4/7/23__
Signature of Garnishee  Date

__[signature]__  __Operations Generalist__
Signature of person answering for Garnishee  Connection with Garnishee

__14610 E Sprague Ave__  __509-536-6108__
__Spokane Valley, WA 99216__  Phone Number of Garnishee
Address of Garnishee

**Certificate of Service**

On behalf of the Garnishee, I certify that I mailed and/or caused to be mailed via US Mail the foregoing Answer to each of the following (1) the Clerk of the Court, (2) the Judgment Debtor(s), and (3) Attorney for Judgment Creditor at their respective addresses listed on the Writ of Garnishment.

ANSWER TO WRIT OF GARNISHMENT - 2

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

_Ustina Cruz_ (Signed)  4-7-23

Ustina Chernishoff
Print Name

ANSWER TO WRIT OF GARNISHMENT - 3

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101