UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In re:

SOLEADOS ESTATES, LLC,

Debtor.

NO. 23-00196-WLH13

DECLARATION OF JASON GANG

I, Jason A. Gang, declare:

1. I am a Member of The Law Offices of Jason Gang, PLLC, whose office is located at 1245 Hewlett Plaza, Suite 478, Hewlett, NY 11557. I am in good standing with the New York Bar Association, have personal knowledge of the matters herein and am competent to testify to the same.

2. Our Firm was retained by Spartan Business Solutions, LLC d/b/a Spartan Capital ("Spartan") to pursue a commercial collection matter against Sullinair Jet Center, LLC; Soleados Estates, LLC; Pasco FBO Partners, LLC; ASI ES La Vida, LLC; Capital Strategies & Developing, LLC; Rentafleet, LLC; and John A Sullins (collectively "Debtors").

3. Pursuant to a venue and jurisdiction provision in the parties' written documents, our Firm commenced a lawsuit against Debtors in the Supreme Court of the State of New York, County of Monroe, under cause number E2022008026; and on November 17, 2022, the

DECLARATION OF JASON GANG - 1

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101

Court entered a Judgment against Debtors in the amount of $40,172.65 ("Judgment"). *See* Ex. A attached hereto.

4. At the time the Judgment was entered, our Firm was unaware of any bankruptcy filings commenced by any of the Debtors.

5. In fact, it was not until December 14, 2022, that our Firm became aware of the bankruptcy filings by both Debtors Sullinair Jet Center, LLC; and Pasco FBO Partners, LLC. *See* Ex. B attached hereto.

6. Our Firm subsequently retained Matthew Green at Green & Norwood, PLLC to domesticate the Judgment into the Washington State Court system for enforcement purposes.

7. Upon reviewing the pleadings submitted by Debtors' counsel to this Court, our Firm became aware for the first time that Debtors Sullinair Jet Center, LLC; and Pasco FBO Partners, LLC respective bankruptcy filings occurred prior in time to entry of the Judgment. As such, our Firm has filed the requisite pleadings with the New York Court to have the Judgment Amended by removing both Sullinair Jet Center, LLC; and Pasco FBO Partners, LLC as judgment debtors. See Ex. C attached hereto.

8. <u>Judgment</u>. If the Debtor Mr. Sullins believes he possesses a legal basis to challenge entry of the Judgment against him, he can certainly bring a CR 60 Motion in the New York Court in which the Judgment was entered, which to date he has not undertaken.

The foregoing statement is made under penalty of perjury under the laws of the State of Washington and is true and correct.

Signed at Hewlett, New York, this 25th day of April, 2023.

Jason A. Gang

DECLARATION OF JASON GANG - 2

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2178-101