# EXHIBIT B

# EXHIBIT B

Matt Green

| | |
|---|---|
| From: | Jason Gang <jason@jasongang.com> |
| Sent: | Monday, April 17, 2023 6:33 PM |
| To: | matt@gnlawseattle.com; 'Rob Green' |
| Cc: | 'Elizabeth Hebener Norwood' |
| Subject: | RE: Spartan Business v Sullins |

These are the time stamps for the bankruptcy docs we received:

| | | |
|---|---|---|
| Chapter 7 BK - Pasco FBO Partners | | 12/14/2022 10:13 AM |
| Chapter 7 BK - Sullinair Jet Center | | 12/14/2022 10:14 AM |
| Sullinair Jet Center - Bankruptcy Notice | | 12/14/2022 9:35 AM |

Jason A. Gang, Esq.
The Law Office of Jason Gang, PLLC
1245 Hewlett Plaza, #478
Hewlett, NY 11557
jason@jasongang.com
Ph: (646) 389-5610
Fax: (516) 539-3399

*A Regional Law Firm Practicing in New York, New Jersey, Connecticut, Pennsylvania, Tennessee, Kentucky, Georgia, Virginia, North Carolina, Ohio, Arkansas, Texas, Missouri, Maryland, Mississippi and Alabama*



# WE ARE DEBT COLLECTORS. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

****************************************************************

CONFIDENTIALITY NOTICE: This e-mail message and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to this message and please delete it from your computer.

**From:** matt@gnlawseattle.com <matt@gnlawseattle.com>
**Sent:** Monday, April 17, 2023 9:26 PM
**To:** 'Rob Green' <rob@gnlawseattle.com>; Jason Gang <jason@jasongang.com>