# EXHIBIT C

# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE

---

SPARTAN BUSINESS SOLUTIONS, LLC
D/B/A SPARTAN CAPITAL

                        Plaintiff

- against -

SULLINAIR JET CENTER LLC
D/B/A SULLINAIR JET CENTER,
SOLEADOS ESTATES, LLC,
PASCO FBO PARTNERS LLC,
ASI ES LA VIDA, LLC,
CAPITAL STRATEGIES AND DEVELOPING LLC,
RENTAFLEET LLC, and JOHN A SULLINS

                        Defendants

Index No. E2022008026

**NOTICE TO VACATE
DEFAULT JUDGMENT**

---

NOTICE IS HEREBY GIVEN by the undersigned that the default judgment entered in the Office of the Monroe County Clerk on November 17th, 2022 in the amount of $40,172.65 may be vacated by the clerk of the court <u>only as to Defendants</u>, SULLINAIR JET CENTER LLC D/B/A SULLINAIR JET CENTER, and PASCO FBO PARTNERS LLC. The judgment against the Defendants, SOLEADOS ESTATES, LLC, ASI ES LA VIDA, LLC, CAPITAL STRATEGIES AND DEVELOPING LLC, RENTAFLEET LLC, and JOHN A SULLINS, shall remain in full force.

Dated: April 18, 2023

                        THE LAW OFFICE OF JASON GANG PLLC

                        By: _____
                            Jason A. Gang, Esq.
                            1245 Hewlett Plaza, #478
                            Hewlett, NY 11557
                            (646) 389-5610
                            *Attorneys for Plaintiff*

23-00196-WLH7    Doc 13-3    Filed 05/04/23    Entered 05/04/23 15:40:34    Pg 2 of 2